UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CLAY KING,<br><br>    Plaintiff,<br><br>    v.<br><br>TENDERLOIN HOUSING CLINIC INC., et al.,<br><br>    Defendants. | Case No. 3:18-cv-05819-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 25 |

On May 24, 2019, U.S. Magistrate Judge Kandis A. Westmore filed a report and recommendation that this case be dismissed without prejudice due to plaintiff Gary Clay King's failure to respond to her Order to Show Cause or file a second amended complaint as instructed. Dkt. No. 25. The Order to Show Cause sent to King was returned as undeliverable. Dkt. No. 23. The case was thereafter reassigned to me. Dkt. No. 26. Notices of the Report & Recommendation and Order Reassigning Case were also returned as undeliverable. Dkt. No. 27.

King has neither objected to Judge Westmore's report nor made any other filings in this case in some time. Accordingly, I adopt Judge Westmore's Report in every respect; this case is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: July 22, 2019

William H. Orrick
United States District Judge